# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jenny White, individually and on behalf of her minor child, E.W., | |
| Plaintiff, | **ORDER ADOPTING STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| The City of Crosby, a North Dakota municipal corporation, and a political subdivision of the State of North Dakota, Crosby City Councilmen Doug Anderson, Denise Johnson, and Troy Vassen, in their respective individual and official capacities, and City Attorney Seymour Jordan, in his individual and official capacity, | Case No. 1:18-cv-019 |
| Defendants. | |

Before the Court is a "Stipulation of Dismissal" filed on April 11, 2019. See Doc. No. 47. The Court **ADOPTS** the stipulation (Doc. No. 47) in its entirety and **ORDERS** the action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with all parties to bear their own costs and fees.

**IT IS SO ORDERED**.

Dated this 15th day of April, 2019.

/s/ Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court